UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BARNEY TITUS SUMMERS | * | CIVIL ACTION NO. 20-720 |
| | * | |
| VERSUS | * | SECTION: "H"(1) |
| | * | |
| ANDREW SAUL, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | * * * | JUDGE JANE TRICHE MILAZZO |
| | * | MAGISTRATE JUDGE JANIS VAN MEERVELD |
| ************************************* | * | |

### ORDER

The Court, having considered the Complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge (R. Doc. 15) and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Social Security Administration's Motion to Dismiss (R. Doc. 14) is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE.**

1

New Orleans, Louisiana, this 1st day of March, 2021.

_____
**JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**